# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

155198(90)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAROLD LAMONT WALKER,
      Defendant-Appellant.

_____/

SC: 155198
COA: 327063
Wayne CC: 14-007222-FH

On order of the Chief Justice, the motion of defendant-appellant to file a post-argument supplement to his brief is GRANTED. The supplement filed on February 20, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 22, 2019



Clerk